USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA ANNE THOMAS,

Plaintiff,

-against-

TIMOTHY CAWLEY, *et al.*

Defendants.

**ORDER**

26-cv-4581 (NSR)

NELSON S. ROMÁN, United States District Judge

*Pro se* Plaintiff Melissa Anne Thomas ("Plaintiff") commenced this action on June 1, 2026. (ECF No. 1.) Approximately one month after commencing this action—and on the eve of a holiday weekend—Plaintiff filed a motion for a temporary restraining order and preliminary injunction (the "Motion"), seeking an order from the Court requiring Defendants Timothy Cawley and Consolidated Edison Company of New York ("Defendants") to immediately restore electrical service to her residence while this action is pending. (ECF No. 12.)

In light of the expedited nature of this action, the Court directs Defendants to respond to the Motion by July 17, 2026. The Clerk of Court is respectfully directed to (1) terminate the motion at ECF No. 12 and (2) mail a copy of this Order to *pro se* Plaintiff at the address listed on the docket and note service on the docket.

Dated: July 6, 2026
White Plains, New York

SO ORDERED

______________________________
Hon. Nelson S. Roman
U.S. District Court, S.D.N.Y.