USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MELISSA ANNE THOMAS,

Plaintiff,

-against-

TIMOTHY CAWLEY, *et al.*,

Defendants.

---------------------------------------------------------------------X

**ORDER**

26-cv-4581 (NSR)

NELSON S. ROMÁN, United States District Judge:

*Pro se* Plaintiff Melissa Anne Thomas ("Plaintiff") has filed a Motion for Civil Contempt, Sanctions, and Further Relief (the "Motion"), seeking to hold Defendants Timothy Cawley and Consolidated Edison Company of New York (collectively, "Defendants") in civil contempt for purportedly failing to comply with this Court's July 6, 2026 Order. (ECF Nos. 13, 27.) Therein, Plaintiff alleges that this Court ordered Defendants to restore her electric service. (ECF No. 27 at 1.) The Court's July 6, 2026 Order did not do so. To the contrary, the Court ordered Defendants to respond to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction by a certain date. (ECF No. 13.) Nowhere did the Court direct Defendants to restore Plaintiff's electric service. Indeed, the Court subsequently denied Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction for several reasons—including a lack of subject matter jurisdiction and Plaintiff's reliance on sovereign citizen arguments. (ECF No. 21.)

Plaintiff's Motion is consequently denied. Plaintiff is advised to carefully review the Court's orders before filing motions asserting that the Court has directed relief that it did not order. The Clerk of Court is respectfully directed to (1) terminate the motion at ECF No. 27 and (2) mail

a copy of this Order to *pro se* Plaintiff at the address listed on ECF, and to note service of the docket.

Dated: July 27, 2026
White Plains, New York

SO ORDERED



Hon. Nelson S. Roman
U.S. District Court, S.D.N.Y.