USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

Hilgers PLLC

**Tom Swanson**
SENIOR COUNSEL
1320 Lincoln Mall | Suite 200
Lincoln, NE 68508
402.218.2106 Direct
TSwanson@HilgersLaw.com

September 22, 2026

**If Plaintiff serves or files an untimely opposition to Defendants' motion to dismiss, Defendants may file a reply within 15 days of service or filing. Defendants shall promptly notify the Court if Plaintiff serves or files an opposition.**

**Dated: September 23, 2026
White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**Filed via ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE: *Thomas v. Cawley & Consolidated Edison Company of New York*, 7:26-cv-04581-NSR

Dear Judge Roman:

MEMO ENDORSED

We represent Defendants Consolidated Edison Company of New York ("Con Edison") and Timothy Cawley, Con Edison's Chairman and CEO, in the above-referenced action.

Pursuant to the Court's June 22, 2026 Order (ECF No. 11), Defendants herewith file the motion papers that Defendants served on Plaintiff on July 22, 2026. (Defendants' motion papers were previously filed in error at ECF Nos. 22, 23, and 24.)

To date, Plaintiff has not served opposition papers on Defendants. Yesterday, we sent an email to Plaintiff to inquire whether she intended to oppose Defendants' motion. As of this filing, she has not responded to our correspondence.

If Plaintiff belatedly files opposition papers, then Defendants would respectfully request an opportunity to file a reply in support of their Motion to Dismiss the Complaint.

Respectfully submitted,

Thomas Q. Swanson

CC: Melissa Ann Thomas