USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

MELISSA ANNE THOMAS,

Plaintiff,

-against-

TIMOTHY CAWLEY, *et al*.

Defendants.

--------------------------------------------------------------------X

**ORDER**

26-cv-4581 (NSR)

NELSON S. ROMÁN, United States District Judge:

In light of Plaintiff Melissa Anne Thomas's ("Plaintiff") Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES this action without prejudice. Plaintiff may seek relief in state court, if appropriate.

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF, note service on the docket, terminate the pending motion to dismiss at ECF No. 34, and close this case.

Dated: September 29, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge